IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

EUGENE "MERCURY" MORRIS,

    Plaintiff,

vs.

THE NATIONAL FOOTBALL
LEAGUE RETIREMENT BOARD,

    Defendant.

Case No. 10-22750-Civ-
COOKE/BANDSTRA

_____/

## RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM SUBMITTED BY THE RETIREMENT BOARD OF THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN

Pursuant to the Court's August 11, 2010 Order, the Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan ("Retirement Board") – erroneously designated by Mr. Morris as the "National Football League Retirement Board" – responds below to the August 23, 2010 Statement of Claim submitted by Plaintiff Eugene "Mercury" Morris ("Plaintiff" or "Mr. Morris").

In this matter governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), Mr. Morris claims that the Retirement Board committed two errors in calculating his monthly pension benefit. First, Mr. Morris claims that the Retirement Board is required to ignore the 25% partial lump sum he received in 1980 in calculating his current pension. Second, Mr. Morris claims that he is not receiving the appropriate Benefit Credits under the Plan for each of the years in which he played in the National Football League.

Mr. Morris is wrong. The terms of the Bert Bell/Pete Rozelle NFL Player Retirement Plan ("Plan") govern this matter. The applicable Plan provisions require the 25% reduction about which Mr. Morris complains, and dictate the Benefit Credits for each of his Credited Seasons. Mr. Morris's position is inconsistent with the governing Plan provisions. Moreover, the Retirement Board has discretion to construe Plan terms and determine entitlement to benefits. The Retirement Board appropriately calculated Mr. Morris's pension in all respects and did not abuse its discretion.

This case should be decided without discovery and based on the language of the applicable Plan documents, which are attached as exhibits 1 (current Plan document, which defines the Benefit Credits for particular Credited Seasons in Plan Section 4.1) and 2 (Plan document in effect when Mr. Morris elected his 25% lump sum under Article 4). Mr. Morris's benefit applications and relevant correspondence are attached as exhibit 3.

Wherefore, the Retirement Board respectfully requests the entry of an order dismissing Mr. Morris's complaint with prejudice and entering judgment entered in its favor.

Dated: September 7, 2010

                Respectfully submitted,

                HUNTON & WILLIAMS LLP
                *Attorneys for Defendant Retirement Board of the*
                *Bert Bell/Pete Rozelle NFL Player Retirement Plan*
                1111 Brickell Avenue, Suite 2500
                Miami, Florida 33131
                TEL: (305) 810-2510
                FAX: (305) 810-1610
                E-Mail: sdanon@hunton.com


              By:   /s/ Samuel A. Danon
                      Samuel A. Danon
                      Florida Bar No. 892671


*Pro Hac Vice* to be Submitted:

Hisham Amin
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006-5811
t: (202) 861-5430
f: (202) 659-4503
e: hamin@groom.com

                ***Attorneys for Defendant Retirement Board of***
                ***the Bert Bell/Pete Rozelle NFL Player***
                ***Retirement Plan***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September 2010, I caused to be mailed, by electronic mail and first-class U.S. Mail, postage pre-paid, the foregoing Response to Statement of Claim of the Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan to:

>Eugene "Mercury" Morris
>11315 SW 243 Terrace
>Princeton, Florida 33032
>emmorris22@aol.com

By: ___/s/ Samuel A. Danon___
      Samuel A. Danon