IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

EUGENE "MERCURY" MORRIS,

    Plaintiff,

vs.

THE NATIONAL FOOTBALL
LEAGUE RETIREMENT BOARD,

    Defendant.

Case No. 10-22750-Civ-COOKE/BANDSTRA

## DEFENDANT'S NOTICE OF COMPLIANCE

Defendant, the Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan ("Retirement Board" and "Plan," respectively) files this notice of full compliance with Court Order [DE 6] Mandated Requirements in Erisa-Based Cases. On September 7, 2010, it filed and served its Response to Plaintiff's Statement of Claim including copies of relevant documents.

Dated:  September 7, 2010

        Respectfully submitted,

        HUNTON & WILLIAMS LLP
*Attorneys for Defendant Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan*
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
TEL: (305) 810-2510
FAX: (305) 810-1610
E-Mail: sdanon@hunton.com

        By: /s/ Samuel A. Danon
            Samuel A. Danon
            Florida Bar No. 892671

*Pro Hac Vice* to be Submitted:
Hisham Amin
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006-5811
t: (202) 861-5430
f: (202) 659-4503
e: hamin@groom.com

***Attorneys for Defendant Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September 2010, the foregoing was served by electronic mail and by first-class U.S. Mail, postage pre-paid, to:

        Eugene "Mercury" Morris
        11315 SW 243 Terrace
        Princeton, Florida 33032
        emmorris22@aol.com

        By: /s/ Samuel A. Danon

2